October 17, 1949.

*Per Curiam Decisions.*

No. 174. Dickinson *v.* Porter, State Comptroller, et al. *Per Curiam:* The motion to dismiss is granted and the appeal is dismissed for want of a substantial federal question. Mr. Justice Douglas took no part in the consideration or decision of this case. *Martin M. Cooney* for appellant. *Robert L. Larson,* Attorney General of Iowa, *Don Hise,* First Assistant Attorney General, *Earl F. Wisdom* and *Bert F. Wisdom* for appellees.

No. 244. Securities & Exchange Commission et al. *v.* Otis & Co.

*Per Curiam:* The petition for writ of certiorari is granted and the judgment is reversed. *Myers* v. *Bethlehem Shipbuilding Corp.,* 303 U. S. 41; *Macauley* v. *Waterman S. S. Corp.,* 327 U. S. 540; *Federal Power Comm'n* v. *Arkansas Power Co.,* 330 U. S. 802. Mr. Justice Douglas took no part in the consideration or decision of this case. *Solicitor General Perlman* and *Roger S. Foster* for petitioners. *Joseph L. Weiner* for respondent.